UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| WILLIAM LEONARD PICKARD,<br><br>                     Plaintiff,<br>     v.<br><br>DEPARTMENT OF JUSTICE,<br><br>                     Defendant.<br>_____/ | No. C 10-05253 LB<br><br>**ORDER STRIKING PLAINTIFF'S SECOND AMENDED COMPLAINT [ECF No. 26] FROM RECORD** |

On March 17, 2011, *pro se* Plaintiff William Pickard filed a first amended complaint. FAC, ECF No. 20. As a result, the court dismissed Defendant Department of Justice's pending motion to dismiss as moot and instructed it to direct any new motion to dismiss at Mr. Pickard's first amended complaint. 3/18/11 Order, ECF No. 21. The Department of Justice filed a motion to dismiss Mr. Pickard's first amended complaint on March 25, 2011. Motion to Dismiss, ECF No. 23. On April 11, 2011, Mr. Pickard filed a second amended complaint. SAC, ECF No. 26.

Under Federal Rule of Civil Procedure 15(a)(1), a plaintiff may amend his complaint *once* as a matter of course within 21 days of serving the original complaint or, "if the pleading is one to which a responsive pleading is required, . . . 21 days after service of a motion under Rule 12(b), (e), or (f)." A plaintiff can only file subsequent amendments with the opposing party's written consent or with the court's permission. Fed. R. Civ. P. 15(a)(2). Mr. Pickard already filed a first amended complaint once as a matter of course. FAC, ECF No. 20. Therefore, in order to file a second amended complaint, Mr. Pickard must get the Department of Justice's written permission or the

court's permission. In this case, Mr. Pickard did not get the Department of Justice's permission or the court's permission to file a second amended complaint. Accordingly, the court **HEREBY STRIKES** docket entry number 26, Mr. Pickard's second amended complaint, from the record.

**IT IS SO ORDERED.**

Dated: April 12, 2011

_____
LAUREL BEELER
United States Magistrate Judge