1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

# UNITED STATES  DISTRICT COURT

## Northern District of California

### Oakland Division

WILLIAM LEONARD PICKARD,

                    Plaintiff,

    v.

DEPARTMENT OF JUSTICE,

                    Defendant.

_____/

No. C 10-05253 LB

**ORDER REQUESTING ADDITIONAL BRIEFING FROM THE GOVERNMENT REGARDING TRANSFER OF THE CASE TO THE DISTRICT OF ARIZONA**

On June 15, 2011,[1] Plaintiff William Pickard filed a motion for reconsideration asking the court to reconsider its June 7, 2011 order transferring this case to the Eastern District of Virginia.  Motion for Reconsideration, ECF No. 39.[2]  In the alternative, Mr. Pickard requests that the court transfer the case to the District of Arizona or certify its ruling for interlocutory appeal.  *Id.*  Pursuant to Civil Local Rule 7-9(d), the court orders the government to submit a brief response indicating its position

---

    [1] Under the "mailbox rule," a document filed by a *pro se* prisoner is deemed "filed" on the date the prisoner gives the document to prison officials to be mailed to the court.  *See, e.g., Houston v. Lack*, 487 U.S. 286, 270-71 (1988) (notice of appeal); *Stillman v. Lamarque*, 319 F.3d 1199, 1201 (9th Cir. 2003) (state habeas petition).  Mr. Pickard's proof of service indicates that he mailed his motion on June 15, 2011.  ECF No. 39-1 at 2.  Therefore, Mr. Pickard filed his motion for reconsideration on June 15, 2011.

    [2] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

on Mr. Pickard's request to transfer the case to the District of Arizona.  The government shall submit

this response no later than July 1, 2011.

**IT IS SO ORDERED.**

Dated: June 29, 2011

_____
LAUREL BEELER
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California

C 10-05253 LB
ORDER RE SUPPLEMENTAL BRIEFING

2