JOHN S. LEONARDO
United States Attorney
District of Arizona
GERALD S. FRANK
Assistant U.S. Attorney
Arizona State Bar No. 03545
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Fax: (520) 620-7138
gerry.frank@usdoj.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| William Leonard Pickard,<br><br>    Plaintiff,<br>v.<br>Department of Justice,<br><br>    Defendant. | CV 11-443-TUC-DCB<br><br>**NOTICE OF SERVICE OF DEFENDANT'S ANSWERS 'S 5th SET OF INTERROGATORIES AND 4th REQUEST FOR ADMISSIONS** |

Defendant, by and through undersigned counsel, herein notifies the Court that on September 28, 2012, he served via first class mail his objections and responses to Plaintiff's fifth Request for Answers to Interrogatories and fourth Request for Admissions, pursuant to Fed. R. Civ. P. 33 and 36.

Respectfully submitted this 28th day of September, 2012.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*s/ Gerald S. Frank*
GERALD S. FRANK
Assistant U.S. Attorney

Copy of the foregoing served electronically or by
other means this 28th day of September, 2012, to:

William Leonard Pickard
# 82687-011
U.S. Penitentiary - Tucson
P.O. Box 24550
Tucson, AZ 85734