UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

(CIVIL MINUTE ORDER)

Case No.     CV-11-443-TUC-DCB                              Date: October 3, 2012

Title:     *Pickard v. DOJ*

**HONORABLE DAVID C. BURY**

Before the Court is Plaintiff's motion to extend the dispositive motion deadline. Defendant has filed an objection in opposition.

On November 18, 2010, Plaintiff filed his Complaint in the United States District Court for the Northern District of California. On March 17, 2011, Plaintiff filed his First Amended Complaint in the same court. In July 2011, the action was transferred to this Court. On December 7, 2011, this Court allowed Plaintiff to file a Second Amended Complaint. On December 21, 2011, the Defendant filed an Answer. A Scheduling Order was entered on January 3, 2012 which included a discovery deadline of June 29, 2012. The Court granted several motions to continue the discovery deadline all filed by the Plaintiff. The final discovery deadline was September 23, 2012 and that date has passed. The dispositive motion deadline is currently October 5, 2012. The Court will not extend the deadline for discovery at this juncture, particularly in light of the fact that this is a FOIA action.

Accordingly,

IT IS ORDERED that the motion (Doc. 98) is granted in that the dispositive motion deadline is extended to November 2, 2012, but denied with reference to any additional discovery or discovery related motions.

DATED this 3rd day of October, 2012.

David C. Bury
United States District Judge